opinion filed March 8, 1949; released for publication March 26, 1949. Reuel H. Grunewald, for appellant; Francis M. Cooper, of counsel; Hadley & Leren, for appellee; Palmer Leren, of counsel. Opinion by JUSTICE DOVE. **Not to be published in full.**

E. T. O'Neill and Charles J. O'Neill, Trading as O'Neill Brothers, Appellees, v. W. A. Reaman and Edith Reaman, Appellants.

Gen. No. 10,310.

opinion filed March 8, 1949; released for publication March 26, 1949. T. R. Johnston, for appellants; Armen R. Blanke and Dyer & Dyer, for appellees. Opinion by JUSTICE DOVE. **Not to be published in full.**